# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| Alex Skondin | ) | |
|---|---|---|
| *Plaintiff(s)* | ) | |
| v. | ) | Case Number: 10-11736-DRH-PMF |
| Bayer Corporation, et al. | ) | |
| *Defendant(s)* | ) | |

## NOTICE OF ERRORS AND/OR DEFICIENCIES
## IN ELECTRONICALLY FILED DOCUMENTS

| DOCUMENT NO: 2 | DOCUMENT TITLE: Complaint |
|---|---|

One of the following errors/deficiencies has been identified in the document listed above:

☒ Document is missing case number 10-11736-DRH-PMF.

### ACTION TAKEN BY CLERK'S OFFICE

☒ None.

### ACTION REQUIRED BY FILER

☒ For all future e-filings, documents filed in this member case must contain case number 10-11736-DRH-PMF.

NANCY J. ROSENSTENGEL, Clerk of Court

By: *s/Sara Jennings*
Sara Jennings, Deputy Clerk

DATE: 08/03/10

(05/10)